UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN J. MCNAMARA<br>Plaintiff, | )<br>)<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION NO.: 03 11255DPW |
| PENNZOIL-QUAKER STATE<br>COMPANY<br>Defendant. | )<br>)<br>)<br>)<br>) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that all claims which were brought, or which could have been brought, be dismissed with prejudice, with each party to bear its own costs and attorney's fees, with all rights of appeal and notice waived.


**JOHN J. MCNAMARA,**
By His Attorneys,


David T Fulmer, Esq. BBO# *18/330*
576 Main St.
Winchester MA 01890
(781) 721-2111

**PENNZOIL-QUAKER STATE
COMPANY,**
By Its Attorneys,


David J. Volkin  BBO #630743
**FITZHUGH, PARKER & ALVARO LLP**
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330

**FITZHUGH, PARKER & ALVARO LLP**
ATTORNEYS AT LAW

155 FEDERAL STREET
SUITE 1700
BOSTON, MA 02110-1727
TELEPHONE: (617) 695-2330
FAX: (617) 695-2335
WWW.FITZHUGHLAW.COM

2004 MAY -5  A 4: 42

MICHAEL A. FITZHUGH
WILLIAM L. PARKER
FERDINAND ALVARO, JR. •

FRANK CAMPBELL JR. *
JOSEPH M. CODEGA o•
FREDERICK E. DASHIELL*
LUCY ELANDJIAN *
BRADLEY F. GANDRUP JR. *•

ANNE-MARIE H. GERBER +
ROBERT P. LA HAIT
ADERONKE O. LIPEDE
AMY CASHORE MARIANI *
SUSAN M. MORRISON
MARK A. NEWCITY ▵
JEFFREY A. NOVINS •
EDWARD P. O'LEARY †
JEFFREY F. RICHARDSON▼•
ELLEN R. TANOWITZ •*
DAVID JON VOLKIN

| RHODE ISLAND OFFICE | CONNECTICUT OFFICE | * OF COUNSEL |
| --- | --- | --- |

571 PONTIAC AVENUE
CRANSTON, RI 02910
TELEPHONE (401) 941-3220
FAX (401) 941-3055

ONE CONSTITUTION PLAZA
SUITE 900
HARTFORD, CT 06103
TELEPHONE: (860) 549-6803
FAX: (860) 728-0546

UNLESS DESIGNATED OTHERWISE, OUR ATTORNEYS ARE ADMITTED ONLY IN MASSACHUSETTS

+ ALSO ADMITTED IN CALIFORNIA     † ALSO ADMITTED IN NEW HAMPSHIRE
▵ ALSO ADMITTED IN CONNECTICUT    o ONLY ADMITTED IN RHODE ISLAND
• ALSO ADMITTED IN NEW YORK       ▼ ALSO ADMITTED IN RHODE ISLAND

May 5, 2004

**VIA HAND DELIVERY**

Clerk for Civil Business
United States District Court
For the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:    John J. McNamara v. Pennzoil-Quaker State Company
       <u>U.S.D.C. District Court for the District of Massachusetts, Docket No: 03 11255 DPW</u>

Dear Sir or Madam:

Please find enclosed the following document submitted for filing in the above-entitled action:

1.     Stipulation of Dismissal with Prejudice.

Thank you for your attention to this matter. Please do not hesitate to contact Attorney Volkin or me with questions or concerns.

Sincerely,

Adam J. Foss,
Paralegal

Enclosure
cc:    David T. Fulmer, Esq.